**BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
     paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
     sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
     colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.:     (310) 768-3068
Fax No.:    (310) 719-1019

Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| JANE DOE LS 16,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.: 3:23-cv-03758-CRB<br><br>**DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:    July 27, 2023<br>Trial Date:             None |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, by and through their attorney, hereby state as follows:

- Defendant Uber Technologies, Inc. ("Uber") is a Delaware corporation with a principal place of business in San Francisco, California. Uber is a publicly held corporation with no parent company. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Uber is unaware of any shareholder who beneficially owns more than ten percent (10%) of its stock.

1

**Defendant Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

*Jane Doe LS 16 v. Uber Technologies, Inc., et al.*
3:23-cv-03758-CRB

- Defendants Rasier, LLC ("Rasier") and Rasier-CA, LLC ("Raiser-CA") are Delaware limited liability companies. Rasier and Raiser-CA maintain their corporate headquarters, principal office, and principal place of business in San Francisco, California. Rasier and Raiser-CA are wholly owned subsidiaries of Uber. The sole member of Rasier and Rasier-CA is Uber. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Rasier is unaware of any shareholder who beneficially owns more than ten percent (10%) of Uber's outstanding stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Uber will advise this Court in the event it learns of any interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

Dated: August 18, 2023                                                              **BOWMAN AND BROOKE LLP**

By: */s/ Paul Alarcon*
Paul Alarcon (SBN: 275036)
Samuel Q. Schleier (SBN: 312449)
Colton F. Parks (SBN: 322491)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel: (310) 380-6595
Attorneys for Uber Technologies, Inc.,
Rasier, LLC, and Rasier-CA, LLC

2

**Defendant Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

*Jane Doe LS 16 v. Uber Technologies, Inc., et al.*
3:23-cv-03758-CRB

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically transmitted the foregoing **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic Filing* to all CM/ECF registrants.

   /s/ Claudia Nunez