AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 16, ) <br> *Plaintiff* ) <br> v. ) <br> UBER TECHNOLOGIES, INC., a Delaware ) <br> Corporation; RASIER, LLC, a Delaware Limited ) <br> Liability Company; RASIER-CA, LLC, a Delaware ) <br> Limited Liability Company; and DOES 1 through 50, <br> Inclusive, <br> *Defendant* | Case No. 3:23-cv-03758-CRB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: August 18, 2023

*Attorney's signature*

Paul A. Alarcon 275036
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Paul.Alarcon@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically transmitted the foregoing ***APPEARANCE OF COUNSEL*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

        */s/ Claudia Nunez*