
AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE LS 16, <br> *Plaintiff* <br> v. <br> UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, <br> *Defendant* | ) ) ) ) ) ) ) | Case No. 3:23-cv-03758-CRB |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: August 21, 2023

*/s/ Colton Parks*
*Attorney's signature*

Colton F. Parks 322491
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Colton.Parks@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically transmitted the foregoing ***APPEARANCE OF COUNSEL*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Claudia Nunez