1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

11    JANE DOE LS 16, an individual,              Case No. 3:23-cv-03758-CRB

12                          Plaintiff,            **[PROPOSED] ORDER GRANTING
                                                  DEFENDANTS' MOTION TO TRANSFER
13             v.                                 VENUE TO THE DISTRICT OF ARIZONA**

14    UBER TECHNOLOGIES, INC.,
      a Delaware Corporation; RASIER, LLC,        Date:   November 17, 2023
15    a Delaware Limited Liability Company;       Time:   10:00 a.m.
      RASIER-CA, LLC, a Delaware Limited          Courtroom:  6 – 17th Floor
16    Liability Company; and DOES 1 through 50,
      Inclusive,                                  Action Filed:  July 27, 2023
17                                                Trial Date:    None Set

18                          Defendants.

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER VENUE                                    Case No. 3:23-cv-03758-CRB

1

**[PROPOSED] ORDER**

2      The Court, having considered Defendants' Motion to Transfer Venue to the District of

3   Arizona under 28 U.S.C. § 1404(a) (the "Motion"), all other papers and evidence submitted in

4   support and opposition, the pertinent pleadings and papers on file in this action, and the arguments

5   of counsel, and all other matters presented to the Court, the Court hereby rules as follows:

6          1.      Defendants' Motion for Transfer of Venue is GRANTED.

7          2.      This case shall be transferred to the United States District Court for the District of

8   Arizona.

9

10      **IT IS SO ORDERED.**

11

12   Dated: _____                _____

13                                                Honorable Charles R. Breyer
                                                 U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER VENUE                                      Case No. 3:23-cv-03758-CRB