IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 16, | Case No. 23-cv-03758-CRB |
| Plaintiff, | |
| v. | **ORDER STAYING CASE** |
| UBER TECHNOLOGIES, INC.,, et al., | |
| Defendants. | |

The case is stayed while the Judicial Panel on Multidistrict Litigation considers a pending motion to consolidate or coordinate.

**IT IS SO ORDERED.**

Dated: September 18, 2023

CHARLES R. BREYER
United States District Judge